AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

MARIA D. DIAZ,
Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-20-CV-059-VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Commissioner's decision denying the Plaintiff's applications for benefits is AFFIRMED.

| 03/31/2022 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *J. Sanchez* |
| | *(By) Deputy Clerk* |